Michael A. Taibi, Esq. SBN.160041
TAIBI AND ASSOCIATES, APC
750 B Street, Suite 2510
San Diego, CA 92101
Telephone: (619) 354-1798
Facsimile: (619) 784-3168;  email: taibiandassociates@gmail.com

Attorney for Plaintiff JERRY JACKSON

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY JACKSON,<br><br>         Plaintiff,<br><br>vs.<br><br>SWAMI'S NORTH PARK, LLC dba SWAMI'S RESTAURANT, et al.<br><br>         Defendants. | Case No. 3:20-cv-00338-H-MDD<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A) (1)(A)(I). |

PLEASE TAKE NOTICE that:

Plaintiff, JERRY JACKSON, through his attorney, Michael A. Taibi, Esq., hereby dismisses with prejudice, the entire complaint against all defendants.

The dismissal is made pursuant to F.R. Civ. P. 41(a)(1)(A)(i). The Court shall retain jurisdiction over this matter pursuant to 28 U.S.C. Section 636(c) and F.R.C.P. 73.

Dated: June 30, 2020                          /s/ Michael a. Taibi, Esq.
                                              MICHAEL A. TAIBI, ESQ
                                              Attorney for Plaintiff
                                              JERRY JACKSON

1

## CERTIFICATE OF SERVICE
### 3:20-cv-00338-H-MDD

I, Michael A. Taibi, Esq, certify and declare as follows:

I am over the age of 18-years and not a party to this action.

My business address is 750 "B" Street, Suite 2510, San Diego, California 92101, which is located in the city, county, and state where the mailing described below took place.

I do hereby certify that the foregoing was served electronically via U.S. Mail by posting during the normal course of business hours this 30th day of June 2020, to all parties of record included in this matter.:

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i).

I swear and declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this 30th day of June 2020, at San Diego, California.

/s/ Michael A. Taibi, Esq.
Michael A. Taibi, Esq.